I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 5/6/2013

D. VO
DEPUTY CLERK

JS-6 / Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRL McKINNIE,<br><br>          Petitioner,<br><br>vs.<br><br>DAVID B. LONG, Warden,<br><br>          Respondent. | Case No. EDCV 12-2102-VBF (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 2, 2013

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY